# United States District Court
# District of Massachusetts (Worcester)
# CIVIL DOCKET FOR CASE #: 4:20−cv−40029−TSH

Roy et al v. Lowe's Companies, Inc. et al  
Assigned to: District Judge Timothy S. Hillman  
Demand: $5,000,000  
Cause: 05:704 Labor Litigation  

Date Filed: 03/13/2020  
Date Terminated: 08/10/2020  
Jury Demand: Plaintiff  
Nature of Suit: 790 Labor: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Richard Roy**  
*individually and on behalf of all other similarly individuals*

represented by **Benjamin K. Steffans**  
Steffans Legal PLLC  
7 North Street, #307  
Pittsfield, MA 01201  
(413) 441−6366  
Email: bsteffans@steffanslegal.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kevin J. Stoops**  
Sommers Schwartz, P.C.  
One Tower Square  
17th Floor  
Southfield, MI 48076  
(248) 355−0300  
Email: kstoops@sommerspc.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Lavelle**  
*individually and on behalf of all other similarly individuals*

represented by **Benjamin K. Steffans**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kevin J. Stoops**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lowe's Companies, Inc.**

represented by **Joshua S. Lipshutz**  
Gibson, Dunn & Crutcher  
1050 Connecticut Avenue, N.W.  
Washington, DC 20036−5303

202–955–8217
Email: jlipshutz@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lowe's Home Centers, LLC**                    represented by **Joshua S. Lipshutz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/13/2020 | Ï 1 | COMPLAINT against All Defendants Filing fee: $ 400, receipt number 0101–8154353 (Fee Status: Filing Fee paid), filed by Jeffrey Lavelle, Richard Roy. (Attachments: # 1 Civil Cover Sheet, # 2 JS45)(Steffans, Benjamin) (Entered: 03/13/2020) |
| 03/13/2020 | Ï 2 | ELECTRONIC NOTICE of Case Assignment. District Judge Timothy S. Hillman assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge David H. Hennessy. (Burgos, Sandra) (Entered: 03/13/2020) |
| 03/13/2020 | Ï 3 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Burgos, Sandra) (Entered: 03/13/2020) |
| 03/25/2020 | Ï 4 | MOTION for Leave to Appear Pro Hac Vice for admission of Kevin J. Stoops Filing fee: $ 100, receipt number 0101–8170639 by Jeffrey Lavelle, Richard Roy. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing)(Steffans, Benjamin) (Entered: 03/25/2020) |
| 03/25/2020 | Ï 5 | WAIVER OF SERVICE Returned Executed by Richard Roy, Jeffrey Lavelle. Lowe's Companies, Inc. waiver sent on 3/20/2020, answer due 5/19/2020. (Steffans, Benjamin) (Entered: 03/25/2020) |
| 03/25/2020 | Ï 6 | WAIVER OF SERVICE Returned Executed by Richard Roy, Jeffrey Lavelle. Lowe's Home Centers, LLC waiver sent on 3/20/2020, answer due 5/19/2020. (Steffans, Benjamin) (Entered: 03/25/2020) |
| 03/26/2020 | Ï 7 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered granting 4 Motion for Leave to Appear Pro Hac Vice Added Kevin J. Stoops. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Jones, Sherry) (Entered: 03/26/2020) |
| 05/04/2020 | Ï 8 | NOTICE of Appearance by Joshua S. Lipshutz on behalf of Lowe's Companies, Inc., Lowe's Home Centers, LLC (Lipshutz, Joshua) (Entered: 05/04/2020) |
| 05/14/2020 | Ï 9 | NOTICE of filing a Motion to Transfer mdl related cases for centralization to the Western District of North Carolina with JPML by Lowe's Companies, Inc., Lowe's Home Centers, LLC (Attachments: # 1 Memorandum, # 2 Statement of Facts, # 3 Exhibit, # 4 Schedule of Actions)(Jones, Sherry) (Entered: 05/14/2020) |

| | | |
|---|---|---|
| 05/15/2020 | 10 | Assented to MOTION to Stay by Lowe's Companies, Inc., Lowe's Home Centers, LLC.(Lipshutz, Joshua) (Entered: 05/15/2020) |
| 05/18/2020 | 11 | District Judge Timothy S. Hillman: ELECTRONIC ORDER entered granting 10 Motion to Stay. (Castles, Martin) (Entered: 05/18/2020) |
| 08/06/2020 | 12 | Informaitonal copy of MDL Conditional Transfer Order in MDL Case 2947 received from the mdl panel requesting transfer of case for consolidated pretrial proceedings. (Jones, Sherry) (Entered: 08/06/2020) |
| 08/10/2020 | 13 | Certified copy of MDL Conditional Transfer Order in MDL Case 2947 received from the Western District of North Carolina requesting transfer of case for consolidated pretrial proceedings. (Jones, Sherry) (Entered: 08/10/2020) |
| 08/10/2020 | 14 | Case electronically transferred to the Western District of North Carolina pursuant to Conditional Transfer Order entered by the MDL Panel on 8/5/20 (Jones, Sherry) (Entered: 08/10/2020) |